CSD1225
Rev. 03/06

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Randolph Anthony Ladd**
 10275 Michala Place
Santee, CA 92071
xxx–xx–2349
*No Known Aliases*

Case number:  19–06380–LA7
Chapter:  7
Judge  Louise DeCarl Adler

### NOTICE OF HEARING ON AGREEMENT TO REAFFIRM A DEBT

TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD, IF ANY:

Your *Reaffirmation Agreement* with the creditor(s) listed below, requires a hearing so that the agreement may be approved.

**CREDITOR(S):**

**FreedomRoad c/o Wayfinder BK, LLC**

**YOU ARE NOTIFIED** that a hearing will be held on your Reaffirmation Agreement at the date, time and location provided below:

DATE and TIME:      3/5/20 at 02:00 PM
LOCATION:           Department 2, Room 118, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991

IF YOU FAIL TO APPEAR AT THE SCHEDULED HEARING, THE ENTRY OF YOUR DISCHARGE MAY BE FURTHER DELAYED AND THE AGREEMENT NOT APPROVED.

Dated:  1/23/20

Barry K. Lander
Clerk of the Bankruptcy Court